On appellant's petition for reconsideration filed September 18; reconsideration allowed, former disposition (299 Or App 395, 448 P3d 736) withdrawn, affirmed October 16, 2019

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ZAIRE MALIK GOCAN,
*Defendant-Appellant.*

Multnomah County Circuit Court
17CR33263, 16CN06231, 17CN02403;
A167173 (Control), A166483, A166484

450 P3d 591

Eric J. Bergstrom, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, for petition.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Reconsideration allowed; former disposition withdrawn; affirmed. *State v. Payne (A166061),* 298 Or App 438, 447 P3d 71 (2019).

## PER CURIAM

Defendant petitions for reconsideration of our decision in *State v. Gocan*, 299 Or App 395, 448 P3d 736 (2019), in which we affirmed, citing to *State v. Payne (A163092)*, 298 Or App 411, 447 P3d 515 (2019). Defendant points out in his petition that we mistakenly provided an incorrect citation, as two cases with the title *State v. Payne* were issued on the same day. Defendant is correct. Thus, we allow reconsideration to correct our citation in the disposition.

Reconsideration allowed; former disposition withdrawn; affirmed. *State v. Payne (A166061)*, 298 Or App 438, 447 P3d 71 (2019).